AMPERSAND HOTEL CO., Appellant, v. ORIENT INS. CO., Respondent, et al. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by the Ampersand Hotel Company against the Orient Insurance Company and the Mutual Life Insurance Company of New York. No opinion. Motion granted, and question certified as follows: Are the allegations contained in the sixth separate defense of the amended answer of the defendant Orient Insurance Company

sufficient in law to constitute a defense to this action? See, also, 131 N. Y. Supp. 1101.